IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
2009 MAY 18, AM 11: 04
CLERK
SO. DIST. OF GA.

ULYSSES HOLLOWAY, JR.,

    Plaintiff,

vs.

STEVE UPTON, Warden; C.O. II KEVIN McNEIL; L. MOYER; and JOHN PAUL, Warden,

    Defendants.

CIVIL ACTION NO.: CV608-108

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendants Steve Upton and John Paul are **DISMISSED**, pursuant to 28 U.S.C.A. §§ 1915 (e)(2)(B)(ii) and 1915A(b).

**SO ORDERED**, this 18 day of May, 2009.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)